UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL D. SMITH,

v.

RON FRAKES,

Respondent.

Case No. C09-5315RJB

ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER

The underlying Petition for a Writ of Habeas Corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254. Before the court is Respondent's motion for an eleven-day extension of time to file the answer (Dkt. # 10). Counsel asks for the extension of time due to illness. Good cause having been shown, the motion is GRANTED.

ORDER - 1

1     The answer filed August 14, 2009, will be considered by the Court on September 11,
2 2009, as noted. The Clerk is directed to mail a copy of this Order to petitioner and to remove
3 Dkt. # 10 from the Court's Calendar.

Dated this 24th day of August 2009.

*J. Richard Creatura* (signature)

J. Richard Creatura
United States Magistrate Judge

ORDER - 2