# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMAL SMITH

v.

RON FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5315RJB/JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Petitioner's Motion to Strike (Dkt. 20) is **GRANTED**, Petitioner's Motion to Dismiss (Dkt. 15) is **STRICKEN**;

The Report and Recommendation (Dkt. 19) is **ADOPTED**;

Petitioner's fourth claim **IS DISMISSED**; and

Petitioner's Petition is **DISMISSED**.

|  |  |
|---|---|
| December 1, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |